# United States District Court For the Middle of Florida

Daniel James Silva
_____
Plaintiff

Case No.
3:17-cv-814-J-34JRK

Taylor Alison Swift
_____
Defendant

## Complaint

# Complaint

I believe as the plaintiff I'm entitled to sell 1989 shirts equality as the defendant does, the Defendant has been selling millions of dollars' worth of 1989 shirts and accessories with a Trademark pending mark serial number (86363039) for the last 2 years and 11 months filed 8-11-2014.

On August 1rd, 2015, I obtained the online store 1989Shirts.com, I had bought the domain name on 4-3-2015 with full intention of selling shirts that display the year 1989 the year of my birth, but by the time I bought all materiel for lunching the site Shirts ect. I noticed the plaintiff posted a TM next the number 1989 on many of her items figuring she was obtaining a legal trademark for 1989, so I postponed selling 1989 shirts fearful of a defendant filing a lawsuit against me due to her history of suing numerous people for numerous things involving anything close to her brand and the number 1989, 10 plus lawsuits involving intellectual property.

Come to find out the trademark in question is fraudulent and illegitimate because a person can't own a number standalone,

P1

the following facts will prove why I'm entitled to the relief requested...

P2

## 3. Statement of claim:

I believe as the plaintiff I'm entitled to sell 1989 shirts equality as the defendant does, the Defendant has been selling millions of dollars' worth of 1989 shirts and accessories with a Trademark pending mark serial number (86363039) for the last 2 years and 11 months filed 8-11-2014.

On August 3rd, 2015, I obtained the online store (1989Shirts.com) with full intention of selling shirts that display the year 1989 the year of my birth, but by the time I bought all materiel for lunching the site Shirts ect. I noticed the defendent posted a TM next the number 1989 on many of her items figuring she was obtaining a legal trademark for 1989, so I postponed selling 1989 shirts fearful of the defendant filing a lawsuit against me due to her history of suing numerous people for numerous things involving anything close to her brand 10 plus lawsuits.

I can not only prove beyond a reasonable doubt that the plaintiff owns me lost revenue in the excuses of 400,000 dollars but the pending trademark serial number (86363039) Should never have been permitted to be submitted in the first place.

The number 1989 is of the Hindu-Arabic Numeral system which is protected under US Copyright Office, Circular 2 According to

P3

the US Copyright Office, few things including making, or building things; scientific or technical methods or discoveries; business operations or procedures; mathematical principles; formulas, algorithms; or any other concept, process, or method of operation can't be copyrighted or trademarked, Fair use act of 1976 also applies.

I believe the loss of revenue is as follows I crated 1989 shirts.com online stone on august 3rd, 2015 with intention of selling between 200 and 250 shirts a week at 15 to 20 dollars a shirt, 20 dollars shirt at 200 shirts a week for 102 weeks From (august 3rd 2015) is 408,000 dollars well above the 75,000 for a citizenship diversity case.

In finishing this statement, I believe the defendant and her lawyer (Natalya L. Rose) may have used legal loop holes and stall tactics for (wrongful deception intended to result in financial or personal gain).

They both knew they could not possibly own a year of birth but submitted a pending trademark that infringes the fair use act of 1976 to bully and intimate anyone else who wants to use the number 1989. I request a trail by judge to determine the amount of loss of revenue and to decide if the defendants

P4

pending trademark holds any power over me selling shirts for a profit of the year of my birth.

I, believe my civil rights have been violated and fringed apon, and I believe I've also have lost revenue in excess of 75,000 USD due to the defendant and her pending illegitimate trademark that will never be granted due to the nature of the pending trademark a number of the numeral system, there's not one case in history of a person obtaining a trademark of a number of the numeral system that's represents the number standalone. I ask for help of the legal federal system to help me out in this case with my right to a fair and speedily trail by a federal Judge.



# Relief

1. 45,000,000 Million dollars, 50% of the revenue made from 55 of 89 concerts of the (1989 WORLD TOUR) which started on May 5th, 2015, I created 1989shirts.com on AUG 3rd, 2015 I want 50 % prorated with the 1st of the 55 concerts starting on Aug 4th 2015 and ending Dec 13th 2015.

2. I want the defendant to donate an additional 15 Million dollars to a non-Profit organization of my creation.

3. I want the defendant to reimburse me for 100% of the Federal taxes on the amount in the 1st demand (45,000,000 M.) roughly 18,000,000 Million Dollars.

   (For a total relief of 78 Million Dollars)

(Statement on relief – I realize 78 million might seem like a lot but the defendant has made an absurd amount of money on the pending trademark (1989) north of 400,000,000 dollars, so in my eyes it isn't a lot considering the amount she has made off the illegitimate trademark.) I don't except the case will go to



P6

trial based of the merits of the case, I predict a lower amount in a settlement but if the defendant where to go to trial then I request everything I've stated in the relief if I win my case.

**Daniel James Silva**

**Pro se**

_____

Date 7-17-2017

P7

(Defendents album 1989)

# *1989* (Taylor Swift album)

From Wikipedia, the free encyclopedia

*1989* is the fifth studio album by American singer-songwriter Taylor Swift. It was released on October 27, 2014, through Big Machine Records. Swift began preparing for the album during the same year which *Red* was released, and during a significant amount of media scrutiny. Over the course of the two-year songwriting period, she primarily collaborated with producers Max Martin and Shellback—Martin served as the album's executive producer alongside Swift. Named after Swift's birth year, the album's title was inspired by the pop music scene of the 1980s.

The album represents a departure from the country music of her previous albums, and is described by Swift as her "first documented official pop album."[4] In contrast to Swift's previous work, the production of *1989* consists of drum programming, synthesizers, pulsating bass, processed backing vocals, and guitars. *1989* received generally positive reviews from contemporary music critics and it was ranked as one of the best albums of 2014 by several publications, including *Billboard*, *Time*, and *Rolling Stone*.

After debuting at number one on the US *Billboard* 200, *1989* sold 1.287 million copies during the first week of release. The total US sales figure from the debut week of *1989* was the highest since 2002, and made Swift the first artist to sell one million or more copies of an album in a week-long period for three albums. *1989* eventually became the best-selling album of 2014 in the US market and has sold over 6 million as of January 2017, while selling 9.5 million worldwide. Seven singles have been released from the set: "Shake It Off", "Blank Space", and "Bad Blood" all reached number one on the US *Billboard* Hot 100, while "Style" peaked at number six, "Wildest Dreams" at number five, and "Out of the Woods" peaking at number 18 in 2014. The first five singles have all reached number one on the Adult Top 40 and Mainstream Top 40 and all have received a multi-platinum certification from the Recording Industry Association of America (RIAA).

*1989* won the Grammy Award for Album of the Year, making Swift the first female credited main artist to win the top prize at the ceremony twice with her own works, having previously won in 2010 for *Fearless*, and her third nomination overall after *Red* in 2014. The album also won Best Pop Vocal Album, Swift's first victory in the category. The first two singles "Shake It Off" (in 2015) and "Blank Space" (in 2016) were both nominated for Record of the Year, Song of the Year and Best Pop Solo Performance. The "Bad Blood" remix featuring Kendrick Lamar was nominated for Best Pop Duo/Group Performance and won the award for Best Music Video.

## *1989*



T.S. 1989

**Studio album by Taylor Swift**

| | |
|---|---|
| Released | October 27, 2014 |
| Recorded | 2013–14 |
| Genre | Pop[1] · dance-pop[2] · synthpop[3] |
| Length | 48:41 |
| Label | Big Machine |
| Producer | Max Martin (also exec.) · Taylor Swift (also exec.) · Jack Antonoff · Nathan Chapman · Imogen Heap · Greg Kurstin · Mattman & Robin · Ali Payami · Shellback · Ryan Tedder · Noel Zancanella |

### Taylor Swift chronology

| *Red* (2012) | *1989* (2014) | *The 1989 World Tour Live* (2015) |
|---|---|---|

### Singles from *1989*

1. "Shake It Off"
   Released: August 18, 2014
2. "Blank Space"
   Released: November 10, 2014
3. "Style"
   Released: February 9, 2015
4. "Bad Blood"
   Released: May 17, 2015
5. "Wildest Dreams"

P8



GoDaddy.com, LLC
14455 N. Hayden Rd.
Suite 219
Scottsdale, AZ 85260
(480) 505-8877

## Receipt

Date: Aug 1, 2016 9:53 PM

Receipt #: 1000318121
Customer #: 101900457

**Bill To:**
Daniel Silva
1760 glen laurel dr
Middleburg, FL 32068
United States
+1.9044150149

**Payment Information:**
PayPal ##############172J
**Paid:** $20.99

## Items

Premium Online Store
1989shirts.com

Item Number: 40966
Quantity: 1
Term: 1

*My online store*
*Proof of Purchase*

List Price: $29.99
Purchase Price: $29.99
ICANN Fee: $0.00
Discount: $9.00
Subtotal: $20.99
Tax: $0.00
Total: $20.99

Subtotal: $20.99
Fees: $0.00
Taxes: $0.00

**Total: $20.99** USD